IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:22-po-00164-HBK |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| HENRY W. McCLAIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Citations 9293578 and 9293577

**Sentence Date:** October 19, 2022

**Review Hearing Date:** September 12, 2023

**Probation Expires On:** October 18, 2025

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,000.00 which Total Amount is made up of a Fine: $ 1,980.00 Special Assessment: $20.00    Processing Fee: $ Choose an item. Restitution: $ to be paid on or before October 18, 2024

☐ Payment schedule of $      per month by the      of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete 1st time offender DUI course by 10/18/24

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 2,000.00
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                      Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has enrolled in the DUI course

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Sean O. Anderson

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/12/2023 at 10:00 am

    ☐ be continued at a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  8/29/2023                              /s/ Mark W. Coleman
                                                         DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

Dated:   September 6, 2023

                                           HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE